PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
GERALYN GULSETH
Special Assistant United States Attorney
      6401 Security Blvd.
      Baltimore, Maryland
      Telephone: (510) 970-4819
      Facsimile: (415) 744-0134
      E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| KAREN REID, | Case No.: 22-CV-1736-DMC |
| Plaintiff, | STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE |
| vs. | |
| KILOLO KIJAKAZI, Commissioner of Social Security, | |
| Defendant. | |

      With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the briefing schedule will be extended as follows and for the following reasons.

      In her motion for summary judgment, Plaintiff pointed out that the Certified Administrative Record was missing one of the hearing transcripts. Defendant will file the supplemental transcript on April 3, 2023.

Plaintiff will have until May 3, 2023 in which to file an amended motion for summary judgment. Defendant will have until June 2, 2023 in which to file her opposition. Plaintiff will have 14 days for a reply.

Respectfully submitted,

Dated:  March 31, 2023    /s/  Geralyn Gulseth for Stuart Barasch*
STUART BARASCH
Attorney for Plaintiff
(*signature authorized via e-mail 3/31/2023)

Dated: March 31, 2023    PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

By:    /s/  Geralyn Gulseth
GERALYN GULSETH
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, IT IS ORDERED that the briefing schedule be extended. Plaintiff shall have an extension until May 3, 2023 in which to file an amended motion for summary judgment, if any, and Defendant will have until June 2, 2023 in which to file her opposition. Plaintiff shall have 14 days for a reply brief, if any.

Dated:  April 4, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE